# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                            Crim. Action No.: 1:19-CR-43
                                                    (Judge Kleeh)

**ONEIL WAYNE SOUTH,**

    **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 64], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

On February 26, 2020, the Defendant, Oneil Wayne South ("South"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Count Two of the Indictment. South stated that he understood that the magistrate judge is not a United States District Judge, and South consented to pleading before the magistrate judge. This Court referred Defendant's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Defendant South's statements during the plea hearing and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 64], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

judge found that Defendant South was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [Dkt. No. 64] finding a factual basis for the plea and recommending that this Court accept Defendant South's plea of guilty to Count Two of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R by Friday, February 28, 2020, at 5:00 P.M. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. Neither the Defendant nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [Dkt. No. 64], provisionally **ACCEPTS** Defendant South's guilty plea, and **ADJUDGES** him **GUILTY** of the crimes charged in Count Two of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the plea until it has received and

USA v. SOUTH                                                    1:19-CR-43

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 64],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of South, and prepare a presentence investigation report for the Court;

2. The Government and Defendant South shall each provide their narrative descriptions of the offense to the Probation Officer by **March 12, 2020**;

3. The presentence investigation report shall be disclosed to Defendant South, counsel for Defendant, and the Government on or before **May 11, 2020**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence investigation report on or before **May 21, 2020**;

5. The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **June 4, 2020**; and

USA v. SOUTH                                                        1:19-CR-43

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 64],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

6. Counsel may file any written sentencing memorandum or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **June 4, 2020.**

The magistrate judge remanded Defendant to the custody of the U.S. Marshal Service.

The Court will conduct the **Sentencing Hearing** for Defendant on **Monday, June 29, 2020,** at **12:30 P.M.,** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: March 2, 2020

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE
